QUIN DENVIR, Bar #49374
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DANIEL WALLACE SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S. 04-0366-WBS |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER RE** |
| v. ) | **CONTINUANCE OF STATUS HEARING AND** |
| ) | **FINDINGS OF EXCLUDABLE TIME** |
| DANIEL WALLACE SMITH, ) | |
| ) | DATE:  December 21, 2005 |
| Defendant. ) | TIME:  9:00 a.m. |
| ) | JUDGE: Hon. William B. Shubb |
| _____ ) | |

DANIEL WALLACE SMITH, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, ROBIN R. TAYLOR, Assistant United States Attorney, hereby agree that the status conference set for November 23, 2005 be continued to December 21, 2005 at 9:00 a.m.  This continuance is requested because defense counsel needs additional time to review the proposed plea agreement with the defendant and to continue to review discovery which will require additional time to review.  The defendant in this case consents to this continuance.

Defense counsel, along with Mr. Smith agree that the time from November 23, 2005 through December 21, 2005 should be excluded in computing the time within which trial must commence under the Speedy

1  Trial Act, §3161(h)(8)(B)(iv) and Local Code T4. [reasonable time to
2  prepare].
3  DATED: <u>November 22</u>, 2005
4                                         Respectfully submitted,
5                                         QUIN DENVIR
                                           Federal Defender
6
                                           /S/ Dennis S. Waks
7                                         _____
                                           DENNIS S. WAKS
8                                         Supervising Assistant Federal Defender
                                           Attorney for Defendant
9                                         DANIEL WALLACE SMITH
10
                                           McGREGOR SCOTT
11                                        United States Attorney
12 DATE: <u>November 22</u>, 2005
                                           /S/ Dennis S. Waks for
13                                        _____
                                           ROBIN R. TAYLOR
14                                        Assistant United States Attorney
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

```
QUIN DENVIR, Bar #49374
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DANIEL WALLACE SMITH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHERYL DENISE DAVIS,<br><br>　　　　　Defendant. | NO. CR.S. 04-0366-WBS<br><br>**ORDER RE CONTINUANCE OF STATUS HEARING AND FINDINGS OF EXCLUDABLE TIME**<br><br>DATE:　December 21, 2005<br>TIME:　9:00 a.m.<br>JUDGE: Hon. William B. Shubb |

**ORDER AND FINDINGS**

The new status conference is set for December 21, 2005 at 9:00 a.m. The court finds that the interests of justice are best served and the public interest is protected by granting the continuance in the above-captioned matter. Accordingly, time under the Speedy Trial Act is excluded from November 23, 2005, through December 21, 2005, in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4. (reasonable time to prepare.)

DATED: November 22, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3